UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK FULTZ, Individually,

    Plaintiff,

vs.

Case No. 2:18-cv-12208-SFC-APP

MAPLE MILLER REAL PROPERTIES, LLC,
a Michigan Limited Liability Company,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted.

**FOR THE PLAINTIFF:**

/s/ Lawrence A. Fuller

Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com
and
M.J. Stephen Fox, Esq.
Fox & Associates
2529 Chatham Woods Dr., SE
Grand Rapids, MI 49546
(616) 293-3955
Email: foxlawfirm@aol.com
November 20, 2018

**FOR THE DEFENDANT:**

/s/ Matthew C. McManus

Matthew C. McManus, Esq.
ANN ARBOR LEGAL, PLLC
2500 Packard Street, Suite 106
Ann Arbor, MI 48104
(800) 392-7311
mcmanus@annarboresq.com
November 19, 2018

**SO ORDERED:**

_____
United States District Judge